IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMANTHA SCHALL, *Plaintiff* <br><br> v. <br><br> RONAK FOODS d/b/a PIZZA HUT, *Defendant* | Case No. 2:19-cv-01463-JDW |

## ORDER

**AND NOW**, this 27th day of August, 2019, upon consideration of Plaintiff's Request for Default Judgment (ECF No. 9), and for the reasons set forth in the Court's accompanying Memorandum, the Court **ORDERS** as follows:

1. Plaintiff's Motion for a Default Judgment is **GRANTED IN PART** and **DENIED IN PART**. **JUDGMENT IS ENTERED** in favor of Plaintiff Samantha Schall and against Defendant Ronak Foods d/b/a Pizza Hut as to Count II of Plaintiff's Complaint, in the amount of $88,326.61.

2. Plaintiff is not entitled to a default judgment with respect to Count I.

3. To the extent they have a basis to do so, Plaintiff's attorneys shall file a petition for attorneys' fees and costs within fourteen days of the date of this Order.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.