# Exhibit B

Case 2:19-cv-01463-JDW   Document 13-2   Filed 11/19/19   Page 2 of 2



# KARPF, KARPF & CERUTTI, P.C.

ATTORNEYS AT LAW

3331 Street Road
Two Greenwood Square, Suite 128
Bensalem, PA 19020
Tel: (215) 639-0801
Fax: (215) 639-4970
alease@karpf-law.com

November 5, 2019

**VIA U.S. MAIL**

Ronak Foods, LLC *d/b/a* Pizza Hut
6613 Frankford Avenue
Philadelphia, PA 19135

Re: *Samantha Schall v. Ronak Foods*
Case No.: 19-1463

Dear Sir or Madam:

I represent Samantha Schall in the above referenced matter. On October 1, 2019, you were served with Plaintiff's First Set of Interrogatories – responses to which were due within 30 days; as well as Deposition Notices for Jay Pandya and Krupa Patel, for their depositions to take place on December 11, 2019. Since then, you have failed to provide any response to the Interrogatories and you have not contacted my office. As such, the depositions will need to be rescheduled upon receipt of Defendant's responses.

Defendant is required to produce full and complete response to the Interrogatories. If that is not done by November 15, 2019, Plaintiff will be forced to seek intervention from the Court, and will seek all available relief.

This should be considered Plaintiff's good faith effort to resolve this discovery dispute, before a motion is filed with the Court.

Very truly yours,

**KARPF, KARPF & CERUTTI, P.C.**

*/s/ Adam C. Lease*
Adam C. Lease

Pennsylvania • New Jersey • New York