IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMANTHA SCHALL<br><br>*Plaintiff,*<br><br>v.<br><br>RONAK FOODS *d/b/a* PIZZA HUT,<br><br>*Defendant.* | CIVIL ACTION<br><br>No.: 19-1463 |

## ORDER

AND NOW, this __19th__ day of __November__, 2019, it is hereby **ORDERED** and **DECREED** that Plaintiff's motion to compel Defendant to provide responses to her post-judgment discovery requests and deposition notices is hereby **GRANTED**. Defendant shall provide full and complete responses to Plaintiff's post-judgment interrogatories and shall contact Plaintiff's counsel to schedule and confirm depositions within ten (10) days of the entry of this Order.

BY THE COURT

*/s/ Joshua D. Wolson*
Hon. Joshua D. Wolson, U.S.D.J.