#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SAMANTHA SCHALL**, *Plaintiff* v. **RONAK FOODS d/b/a PIZZA HUT,** *Defendant* | Case No.  2:19-cv-01463-JDW |

### ORDER

**AND NOW**, this 8th day of January, 2020, upon consideration of Plaintiff's Motion to Hold Defendant in Contempt of Court (ECF No. 16), to which Defendant Ronak Foods d/b/a Pizza Hut has failed to respond, it is **ORDERED** that the Motion is **GRANTED**.  Defendant is in **CONTEMPT** and shall be fined $100.00 per day, from November 30, 2019, until Defendant complies with the Court's prior Order compelling discovery in this matter (ECF No. 14).

It is **FURTHER ORDERED** that Plaintiff shall provide a copy of this Order to Defendant and to Messrs. Pandya and Patel via certified mail or other method that provides verification of delivery.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.