**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SAMANTHA SCHALL : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| v. : | No.: 19-1463 |
| : | |
| RONAK FOODS *d/b/a* PIZZA HUT : | |
| : | |
| Defendant. : | |
| : | |

## PRAECIPE FOR WRIT OF EXECUTION

TO THE CLERK:

ISSUE WRIT OF EXECUTION in the above matter, directed to the United States Marshal for the Eastern District of Pennsylvania, and against RONAK FOODS d/b/a PIZZA HUT, Defendant; and against Citizens Bank, 6271 Frankford Avenue, Philadelphia, PA 19135 as garnishee, as follows:

Amount Due:  $88,326.61

Respectfully submitted,

**KARPF, KARPF & CERUTTI, P.C.**

*/s/ Adam C. Lease*
Adam C. Lease, Esquire
3331 Street Road
Two Greenwood Square, Suite 128
Bensalem, PA 19020
(215) 639-0801
*Attorneys for Plaintiff*

Dated:  February 25, 2020

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMANTHA SCHALL : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| v. : | No.: 19-1463 |
| : | |
| RONAK FOODS *d/b/a* PIZZA HUT : | |
| : | |
| Defendant. : | |
| : | |

## **WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
FOR THE EASTERN DISTRICT OF PENNSYLVANIA:

To satisfy judgment, interest, and costs against RONAK FOODS d/b/a PIZZA HUT, Defendant

    (1) You are directed to levy upon the property of the Defendant and sell their interest therein:

    (2) You are also directed to attach the property of the Defendant not levied upon in the possession of Citizens Bank, 6271 Frankford Avenue, Philadelphia, PA 19135, as garnishee, and to notify the garnishee that:

    (a) an attachment has been issued;
    (b) the garnishee is enjoined from paying any debt to or for the account of the Defendant and from delivering any property of the Defendant or otherwise disposing thereof;

    (3) If property of the Defendant not levied upon and subject to attachment is found in the possession of anyone other than a named garnishee, you are directed to notify him that he has been added as a garnishee and is enjoined as above stated.

    Amount Due:   $88,326.61

KATE BARKMAN
Clerk of Court

*Seal of the Court*    BY: _____

*(Deputy Clerk)*

**MAJOR EXEMPTIONS UNDER PENNSYLVANIA AND FEDERAL LAW:**

1. $300 statutory exemption
2. Bibles, school books, sewing machines, uniforms, and equipment
3. Most wages and unemployment compensation
4. Social Security benefits
5. Certain retirement funds and accounts
6. Certain veteran and armed forces benefits
7. Certain insurance proceeds
8. Such other exemptions as may be provided by law

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMANTHA SCHALL, <br>     Plaintiff, <br> v. <br> RONAK FOODS *d/b/a* PIZZA HUT <br>     Defendant. | CIVIL ACTION <br><br> No.: 19-1463 |

## WRIT OF EXECUTION
## NOTICE

    This paper is a Writ of Execution. It has been issued because there is a judgment against you. It may cause your property to be held or taken to pay the judgment. You may have legal rights to prevent your property from being taken. A lawyer can advise you more specifically of these rights. If you wish to exercise your rights, you must act promptly.

    The law provides that certain property cannot be taken. Such property is said to be exempt. There is a debtor's exemption of $300. There are other exemptions which may be applicable to you. Attached is a summary of some of the major exemptions. You may have other exemptions or rights.

    If you have an exemption, you should do the following promptly: (1) Fill out the attached claim form and demand for a prompt hearing. (2) Deliver the form or mail it to the United States Marshal's office at the address noted.

    You should come to court ready to explain your exemption. If you do not come to court and prove your exemption, you may lose some of your property.

    **YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.**

**LAWYER REFERENCE SERVICE**
**ONE READING CENTER**
**11TH FLOOR**
**PHILADELPHIA, PA 19107**
**(215) 238-1701**